678 A.2d 361

**Roger MATTES, Petitioner,**

v.

**Lewis KATES, Respondent at No. 321 M.D.**

**Roger MATTES, Individually, and Mattes & Mattes, P.C., Petitioners,**

v.

**Jerome BARTH, Audrey Barth, West Mountain Poultry Company and Lewis Kates, Respondents at No. 322 M.D.**

Supreme Court of Pennsylvania.

July 11, 1996.

554

## ORDER

PER CURIAM.

AND NOW, this 11th day of July, 1996, the Petitions for Allowance of Appeal are hereby GRANTED, BUT LIMITED to the following issue:

Whether the Superior Court erred in finding that Lackawanna County Local Rule of Court 1028(h) is not violative of Pennsylvania Rule of Civil Procedure 239(f).